No. 11-264. Christopher P. Borst, Petitioner v. Missouri.

565 U.S. 978, 132 S. Ct. 510, 181 L. Ed. 2d 348, 2011 U.S. LEXIS 7732.

October 31, 2011. Petition for writ of certiorari to the Court of Appeals of Missouri, Western District, denied.

Same case below, 337 S.W.3d 95.